## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **FIRST SEALORD SURETY, INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:10-cv-00832-TON** |
| **v.** | ) | |
| | ) | |
| **DURKIN & DEVRIES INSURANCE AGENCY,** | ) | |
| **LLC,** | ) | |
| **Defendant.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, First Sealord Surety, Inc., and Defendant, Durkin & DeVries Insurance Agency,

LLC, by and through their undersigned counsel, pursuant to Rule 41(A)(ii), Federal Rules of

Civil Procedure, hereby jointly dismiss this action, with prejudice, each party to bear its own

attorneys' fees and costs.

Dated this 17th day of July, 2013.


FIRST SEALORD SURETY, INC.           DURKIN & DEVRIES INSURANCE
                                      AGENCY, LLC


/s/Robert G. Barbour                      /s/Christopher E. Torkelson
Robert G. Barbour, Esq.                 Christopher E. Torkelson, Esq.
Brian N. Krulick, Esq.                  Marshall D. Bilder, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P   Eckert Seamans Cherin & Mellott, LLC
8405 Greensboro Drive, Suite 100        50 West State Street, Suite 1400
McLean, Virginia 22102                 Trenton, NJ 08607-1298
(703) 749-1000                         (609) 989-5059
(703) 893-8029 (facsimile)            (609) 392-7956 (facsimile)
rbarbour@wthf.com                    ctorkelson@eckertseamans.com
bkrulick@wthf.com                     mbilder@eckertseamans.com

*Counsel for Plaintiff,*                  *Counsel for Defendant,*
*First Sealord Surety, Inc.*            *Durkin & DeVries Insurance Agency, LLC*

T.N.O'Neill

7/18/13